Jason S. Roberts, Esq. (SBN 221978)
Katherine E. Carlton Robinson, Esq.  (IN #31694-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jroberts@schuckitlaw.com
          krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SARENA BROWN,<br>            Plaintiff,<br><br>     vs.<br><br>TRANS UNION LLC,<br>            Defendant. | CASE NO. 2:21-cv-00182-JAM-DB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF DEADLINES** |

The Court, having reviewed the Stipulation for Extension of Deadlines between Defendant Trans Union, LLC ("Trans Union") and Plaintiff Sarena Brown (collectively, the "Parties"), hereby orders as follows:

**IT IS HEREBY ORDERED THAT** the Parties' Joint Motion to Extend Deadlines is granted in its entirety, and all deadlines are extended by ninety (90) days, making the new deadlines as follows:

March 1, 2022: Completion of discovery

April 15, 2022: Filing dispositive motions

June 7, 2022 at 1:30 PM: Dispositive motion hearing

July 15, 2022 at 10:00 AM: Final Pretrial Conference

September 19, 2022 at 9:00 AM: Jury trial

**ORDER GRANTING STIPULATION FOR EXTENSION OF DEADLINES – 2:21-CV-00182-JAM-DB**

**IT IS SO ORDERED.**

DATED: December 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE