1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jason S. Roberts, Esq. (SBN 221978)
Katherine E. Carlton Robinson, Esq.  (IN #31694-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jroberts@schuckitlaw.com
            krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SARENA BROWN,<br>             Plaintiff,<br><br>     vs.<br><br>TRANS UNION LLC,<br>             Defendant. | ) CASE NO. 2:21-cv-00182-JAM-DB<br>)<br>)<br>) **STIPULATION AND ORDER OF**<br>) **DISMISSAL WITHOUT**<br>) **PREJUDICE AS TO**<br>) **DEFENDANT TRANS UNION,**<br>) **LLC ONLY** |

     Plaintiff Sarena Brown, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:21-CV-00182-JAM-DB**

1

2

                                    Respectfully submitted,

3   Date:   March 4, 2022                      */s/ Matthew M. Loker (with consent)*

4                                     Matthew M. Loker, Esq.
                                    Loker Law, APC

5                                     1303 East Grand Avenue, Suite 101
                                    Arroyo Grande, CA  93420

6                                     Telephone: (805) 994-0177
                                    E-Mail: matt@loker.law

7

8                                     *Counsel for Plaintiff Sarena Brown*

9

10  Date:   March 7, 2022                      */s/ Katherine E. Carlton Robinson*

11                                     Jason S. Roberts (SBN 221978)
                                    Katherine E. Carlton Robinson, Esq.

12                                       (IN #31694-49)
                                      *(admitted Pro Hac Vice)*

13                                     Schuckit & Associates, P.C.

14                                     4545 Northwestern Drive
                                    Zionsville, IN  46077

15                                     Telephone:  317-363-2400
                                    Fax:  317-363-2257

16                                     E-Mail:  jroberts@schuckitlaw.com
                                              krobinson@schuckitlaw.com

17

18                                     *Counsel for Defendant Trans Union, LLC*

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:21-CV-00182-JAM-DB**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Sarena Brown against Defendant Trans Union, LLC are dismissed, without prejudice.  Plaintiff Sarena Brown and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.


Date:  March 7, 2022          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE